*Edward P. Mowton* and *Irving W. Young, Jr.,* for appellant.

*Douglas C. Lawrence* and *William V. Burke* for respondents.

Judgment in each case affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
*v.* LOUIS CHAPMAN, Appellant.

*Crimes — murder in second degree — judgment of conviction affirmed.*

*People* v. *Chapman,* 216 App. Div. 799, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 23, 1926, which affirmed a judgment of the Bronx County Court rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

*Otho S. Bowling* and *Robert H. Elder* for appellant.

*John E. McGeehan, District Attorney (Herman J. Fliederblum, George B. De Luca* and *I. J. P. Adlerman* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

MARY L. ALLOWAY, Respondent, *v.* WILLIAM HICKOK et al., by JANET HICKOK, Their Guardian ad Litem, et al., Appellants.

*Malicious mischief — damages — action to recover for malicious injury to personal property — treble damages.*

*Alloway* v. *Hickok,* 215 App. Div. 86, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 8, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon

a verdict. The action was to recover for malicious injury to personal property. After rendition of the verdict plaintiff moved under section 1433 of the Penal Law and section 435 of the Civil Practice Act for a direction that judgment be entered for three times the amount of the verdict, which motion was denied. The Appellate Division modified the judgment so as to award treble damages.

*J. F. Halstead, C. P. Franchot, Philip A. Rorty* and *Charles C. Coleman* for appellants.

*Elbert N. Oakes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: LEHMAN, J. Not voting: POUND, J.

---

ISAIOU TRADING CORPORATION, Respondent, *v.* GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Appellant.

*Insurance (marine) — contract — limitation of actions — action to recover on policy of marine insurance for damage to merchandise — defenses that action was not brought within time limited by policy and that losses did not occur while goods were in transit.*

*Isaiou Trading Corp.* v. *Great Am. Ins. Co.*, 216 App. Div. 792, affirmed.

(Argued October 4, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 10, 1926, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover upon certificates of insurance issued under an open policy of marine insurance covering merchandise shipped by plaintiff from New York to Constantinople. The shipment left New York January 24, 1920, and was discharged at Constantinople March 14, 1920, but, owing to congestion at the custom house, remained on the dock until the end of November, 1920. When located the merchandise was found to be in bad condition. Plaintiff